ORDERED.

Dated:  June 01, 2022

Caryl E. Delano
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

MORTGAGE INVESTORS CORPORATION,
 a/k/a Veteran Home Loans,
 a/k/a Veterans Information Department,

        Debtor.
_____/

Case No. 8:21-bk-02521-CED

Chapter 7

**ORDER GRANTING MOTION TO APPROVE COMPROMISE
FOLLOWING EXPIRATION OF NEGATIVE NOTICE PERIOD (Doc. 149)**

THIS MATTER came before the Court without a hearing on the *Motion To Approve Compromise* and *Notice Of Filing Trustee's Supplemental Release In Favor Of Edwards-Related Parties In Connection With Motion To Approve Compromise* (Doc. Nos. 149 and 151 - together, the "Motion to Compromise") filed by Beth Ann Scharrer (the "Trustee"), as Chapter 7 Trustee of the bankruptcy estate of Mortgage Investors Corporation (the "Debtor").  The Court having, reviewed the Motion to Compromise, noted that it was served upon all interested parties with the Local Rule 2002-4 negative notice legend informing the parties of their opportunity to respond within twenty one (21) days of the date of service, noted that no party filed a response within the time permitted, and therefore considering the matter to be unopposed, does hereby

134577981.1

**ORDER** as follows:

1. The Motion to Compromise is GRANTED. The compromise and settlement between the Trustee, Debtor, Victor E. Bibby, Brian J. Donnelly, and William "Bill" L. Edwards (together, the "Parties") does not fall beneath the lowest point in the range of reasonableness, is fair, reasonable, and in the best interests of the Debtor's estate and its creditors, and is approved pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 9019(a).

2. The Parties are hereby ordered to comply with the terms of the compromise and settlement and are authorized to take all actions deemed necessary and appropriate to consummate the transactions contemplated thereby.

3. The Court reserves jurisdiction to enforce the terms of the compromise and settlement referenced in the Motion to Compromise and approved by this Order.

\* \* \*

Robert F. Elgidely, Esq. is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.