**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 8:21-BK-02521-CED |
| | § | |
| MORTGAGE INVESTORS | § | |
| CORPORATION | § | |
| | § | |
| | § | |
| Debtor | | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 11 of the United States Bankruptcy Code was filed on 05/14/2021. The case was converted to one under Chapter 7 on 06/23/2021. The undersigned trustee was appointed on 06/23/2021.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $4,004,054.57

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $0.00 |
   | Bank service fees | $36.24 |
   | Other Payments to creditors | $0.00 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $0.00 |
   | Other payments to the debtor | $0.00 |
   | Leaving a balance on hand of[1] | $4,004,018.33 |

   The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 09/02/2021 and the deadline for filing government claims was 12/20/2021. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $143,371.64. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $143,371.64, for a total compensation of $143,371.64[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $117.57, for total expenses of $117.57.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/20/2022     By:   /s/ Beth Ann Scharrer
                                  Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No:  1     Exhibit A

| Case No.: | 21-02521-CED | Trustee Name: | Beth Ann Scharrer |
| Case Name: | Mortgage Investors Corporation | Date Filed (f) or Converted (c): | 06/23/2021 (c) |
| For the Period Ending: | 6/20/2022 | §341(a) Meeting Date: | 07/22/2021 |
| | | Claims Bar Date: | 09/02/2021 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Checking- Fifth Third Bank 9612 | $1,453.00 | $1,453.00 | | $86.57 | FA |
| 2 | Used desks, chairs, filing cabinets, tables, sofas, storage cabinets and other miscellaneous items Estimation | $20,000.00 | $20,000.00 | | $3,043.00 | FA |
| Asset Notes: | Auctioned assets. Sale No. 1 | | | | | |
| 3 | Computer servers, switches and storage arrays Estimation | $9,500.00 | $9,500.00 | | $925.00 | FA |
| Asset Notes: | Auctioned assets. Sale No. 2 | | | | | |
| 4 | Copyrights and trademarks Estimation | $10,000.00 | $10,000.00 | | $0.00 | FA |
| Asset Notes: | No value for estate. | | | | | |
| 5 | Domain names Third Party | $7,600.00 | $7,600.00 | | $0.00 | FA |
| Asset Notes: | No value for estate. | | | | | |
| 6 | Sales lead lists and customer lists Estimation | $100,000.00 | $100,000.00 | | $0.00 | FA |
| Asset Notes: | All lists old and have no value. | | | | | |
| 7 | Global compromise matter.                                (u) | $0.00 | $4,000,000.00 | | $4,000,000.00 | FA |
| Asset Notes: | Motion to approve compromise of controversy - order granting motion entered. Global compromise of all issues relating to FCA Action, Veil Piercing Claims, MRS and related appeal. See Docs. 149, 155. | | | | | |

**TOTALS (Excluding unknown value)**                                                                                                                                                           **Gross Value of Remaining Assets**
                                                                $148,553.00                 $4,148,553.00                                           $4,004,054.57                                                    $0.00

**Major Activities affecting case closing:**

| 06/18/2022 | All professional fee applications filed. Received interim bank statement. TFR in process. Note: Chapter 7 administrative claims paid pro rata and are limited to $300,000 pursuant to the global compromise (Docs. 149, 155). UST fee is a Chapter 11 administrative claim to be paid in full. |
| 06/17/2022 | Received wire transfer from compromise. |
| 06/16/2022 | Received payment from sale of computer equipment. |
| 06/02/2022 | Order granting compromise motion entered. Pursuant to compromise, fees for Trustee and Trustee's professionals are capped at $300,000. |
| 05/11/2022 | Fee Application for forensic accountant filed. |
| 05/11/2022 | Trustee's atty's fee application filed. |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 2          Exhibit A

| Case No.: | 21-02521-CED | Trustee Name: | Beth Ann Scharrer |
|---|---|---|---|
| Case Name: | Mortgage Investors Corporation | Date Filed (f) or Converted (c): | 06/23/2021 (c) |
| For the Period Ending: | 6/20/2022 | §341(a) Meeting Date: | 07/22/2021 |
| | | Claims Bar Date: | 09/02/2021 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Date | Description |
|---|---|
| 05/06/2022 | Global compromise reached in case.  Motion to approve compromise filed. |
| 05/02/2022 | To sell remaining assets at auction. |
| 04/08/2022 | All claims reviewed.  No objections needed. |
| 12/08/2021 | MRS granted.  Notice of Appeal re: Order granting MRS filed. |
| 12/04/2021 | Order denying motion to dismiss case entered.  Motion for relief from stay granted.  Appeals filed. |
| 10/19/2021 | Memoranda filed re: veil piercing issue. |
| 10/02/2021 | Motion to dismiss case denied. |
| 09/27/2021 | Received auction funds from sale of business assets (excluding computers).  Deposited the same |
| 09/14/2021 | Motion to dismiss filed. |
| 08/16/2021 | Employed forensic accountants to assist with evaluation of financials.  Order approving application to employ entered. |
| 07/26/2021 | Motion to refer case to mediation granted. |
| 07/21/2021 | Hearing on motion to refer case to mediation. |
| 07/20/2021 | Sale notice filed re: auction.  Auction to be conducted on 8/21/21 |
| 07/16/2021 | Motion to refer case to mediation filed. |
| 07/15/2021 | Employed auctioneer to sell estate property. |
| 06/25/2021 | Case converted to Chapter 7.  Filed application to employ general counsel. |

Initial Projected Date Of Final Report (TFR):   12/15/2022          Current Projected Date Of Final Report (TFR):          /s/ BETH ANN SCHARRER

BETH ANN SCHARRER

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1    Exhibit B

| Case No. | 21-02521-CED | | | Trustee Name: | Beth Ann Scharrer |
| --- | --- | --- | --- | --- | --- |
| Case Name: | Mortgage Investors Corporation | | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***9406 | | | Checking Acct #: | ******0992 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 5/14/2021 | | | Blanket bond (per case limit): | $24,397,000.00 |
| For Period Ending: | 6/20/2022 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/03/2021 | (1) | MORTGAGE INVESTORS CORPORATION | Turnover of funds in acct. Doc. 1 | 1129-000 | $86.57 | | $86.57 |
| 09/27/2021 | (2) | Bay Area Auction Services, Inc. | Funds from auction. Doc. 70 | 1129-000 | $3,043.00 | | $3,129.57 |
| 10/29/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $4.65 | $3,124.92 |
| 11/30/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $4.49 | $3,120.43 |
| 12/31/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $4.63 | $3,115.80 |
| 01/31/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $4.63 | $3,111.17 |
| 02/28/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $4.17 | $3,107.00 |
| 03/31/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $4.61 | $3,102.39 |
| 04/29/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $4.46 | $3,097.93 |
| 05/31/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $4.60 | $3,093.33 |
| 06/16/2022 | (3) | Bay Area Auction Services, Inc. | Payment from auction of estate assets. Doc. No. 150. | 1129-000 | $925.00 | | $4,018.33 |
| 06/17/2022 | (7) | Johnson Pope Bokor Ruppel & Burns | Payment per compromise. Doc. Nos. 149, 155. | 1229-000 | $4,000,000.00 | | $4,004,018.33 |
| | | | **TOTALS:** | | $4,004,054.57 | $36.24 | $4,004,018.33 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $4,004,054.57 | $36.24 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $4,004,054.57 | $36.24 | |

| For the period of 5/14/2021 to 6/20/2022 | | For the entire history of the account between 09/03/2021 to 6/20/2022 | |
| --- | --- | --- | --- |
| Total Compensable Receipts: | $4,004,054.57 | Total Compensable Receipts: | $4,004,054.57 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,004,054.57 | Total Comp/Non Comp Receipts: | $4,004,054.57 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $36.24 | Total Compensable Disbursements: | $36.24 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $36.24 | Total Comp/Non Comp Disbursements: | $36.24 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

FORM 2                                                                                    Page No: 2          Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 21-02521-CED | Trustee Name: | Beth Ann Scharrer |
|---|---|---|---|
| Case Name: | Mortgage Investors Corporation | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***9406 | Checking Acct #: | ******0992 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 5/14/2021 | Blanket bond (per case limit): | $24,397,000.00 |
| For Period Ending: | 6/20/2022 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $4,004,054.57 | $36.24 | $4,004,018.33 |

| For the period of 5/14/2021 to 6/20/2022 | | For the entire history of the case between 06/23/2021 to 6/20/2022 | |
|---|---|---|---|
| Total Compensable Receipts: | $4,004,054.57 | Total Compensable Receipts: | $4,004,054.57 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,004,054.57 | Total Comp/Non Comp Receipts: | $4,004,054.57 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $36.24 | Total Compensable Disbursements: | $36.24 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $36.24 | Total Comp/Non Comp Disbursements: | $36.24 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ BETH ANN SCHARRER

BETH ANN SCHARRER

CLAIM ANALYSIS REPORT

| Case No.: | 21-02521-CED | | | | | | Trustee Name: | Beth Ann Scharrer | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Case Name: | Mortgage Investors Corporation | | | | | | Date: | 6/20/2022 | | | |
| Claims Bar Date: | 09/02/2021 | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | BETH ANN SCHARRER<br><br>PO Box 4550<br>Seminole FL 33775-4550 | 07/20/2021 | Trustee Expenses | Allowed | 2200-000 | $0.00 | $117.57 | $117.57 | $0.00 | $0.00 | $0.00 | $117.57 |
| | BETH ANN SCHARRER<br><br>PO Box 4550<br>Seminole FL 33775-4550 | 09/28/2021 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $143,371.64 | $143,371.64 | $0.00 | $0.00 | $0.00 | $143,371.64 |
| | ROBERT ELGIDELY AND LAW FIRM OF FOX ROTHSCHILD LLC<br>2 South Biscayne Blvd., Suite 2750<br>Miami FL 33131 | 05/11/2022 | Attorney for Trustee Expenses (Other Firm) | Allowed | 3220-000 | $0.00 | $785.98 | $785.98 | $0.00 | $0.00 | $0.00 | $785.98 |
| | ROBERT ELGIDELY AND LAW FIRM OF FOX ROTHSCHILD LLC<br>2 South Biscayne Blvd., Suite 2750<br>Miami FL 33131 | 05/11/2022 | Attorney for Trustee Fees (Other Firm) | Allowed | 3210-000 | $0.00 | $122,347.50 | $122,347.50 | $0.00 | $0.00 | $0.00 | $122,347.50 |
| | GLASSRATNER ADVISORY & CAPITAL GROUP, LLC DBA B. RILEY ADVISORY SERVICES<br>200 E. Broward Blvd, Suite 1010<br>Ft. Lauderdale FL 33301 | 05/11/2022 | Accountant for Trustee Fees (Other Firm) | Allowed | 3410-000 | $0.00 | $43,234.00 | $43,234.00 | $0.00 | $0.00 | $0.00 | $43,234.00 |
| | GLASSRATNER ADVISORY & CAPITAL GROUP, LLC DBA B. RILEY ADVISORY SERVICES<br>200 E. Broward Blvd, Suite 1010<br>Ft. Lauderdale FL 33301 | 05/11/2022 | Accountant for Trustee Expenses (Other Firm) | Allowed | 3420-000 | $0.00 | $28.10 | $28.10 | $0.00 | $0.00 | $0.00 | $28.10 |
| | BAY AREA AUCTION SERVICES, INC.<br><br>8010 U.S. 19 N.<br>Pinellas Park FL 33781 | 06/10/2022 | Auctioneer for Trustee Fees (including buyers premiums) | Allowed | 3610-000 | $0.00 | $304.30 | $304.30 | $0.00 | $0.00 | $0.00 | $304.30 |

## CLAIM ANALYSIS REPORT

| Case No.: | 21-02521-CED | | | | | | Trustee Name: | Beth Ann Scharrer |
| Case Name: | Mortgage Investors Corporation | | | | | | Date: | 6/20/2022 |
| Claims Bar Date: | 09/02/2021 | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | BAY AREA AUCTION SERVICES, INC. 8010 U.S. 19 N. Pinellas Park FL 33781 | 06/10/2022 | Auctioneer for Trustee Expenses | Allowed | 3620-000 | $0.00 | $2,105.00 | $2,105.00 | $0.00 | $0.00 | $0.00 | $2,105.00 |
| 1-4 | INTERNAL REVENUE SERVICE P.O. Box 7346 Philadelphia PA 19101-7346 | 05/27/2021 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | SPECIAL COUNSEL, INC. 10151 Deerwood Park Blvd., Bldg 200 Jacksonville FL 32256 | 06/01/2021 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $3,373.10 | $3,373.10 | $0.00 | $0.00 | $0.00 | $3,373.10 |
| 3 | TAYLOR ENGLISH DUMA LLP 1600 Parkwood Circle, Ste. 200 Atlanta GA 30339 | 06/15/2021 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $12,902.50 | $12,902.50 | $0.00 | $0.00 | $0.00 | $12,902.50 |
| 4P | FRANCHISE TAX BOARD BANKRUPTCY SECTION MS A340 PO BOX 2952 Sacramento CA 95812-2952 | 08/17/2021 | Claims of Governmental Units | Allowed | 5800-000 | $0.00 | $3,461.32 | $3,461.32 | $0.00 | $0.00 | $0.00 | $3,461.32 |
| 4U | FRANCHISE TAX BOARD BANKRUPTCY SECTION MS A340 PO BOX 2952 Sacramento CA 95812-2952 | 08/17/2021 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $9,320.87 | $9,320.87 | $0.00 | $0.00 | $0.00 | $9,320.87 |
| 5 | DLA PIPER LLP (US) Andrew P. Valentine 2000 University Avenue East Palo Alto CA 94303 | 08/31/2021 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $389,314.17 | $389,314.17 | $0.00 | $0.00 | $0.00 | $389,314.17 |
| 6 | OFFICE OF THE UNITED STATES TRUSTEE Timberlake Annex, Suite 1200 501 E Polk Street Tampa FL 33602 | 08/31/2021 | U.S. Trustee Quarterly Fees | Allowed | 2950-000 | $0.00 | $250.00 | $250.00 | $0.00 | $0.00 | $0.00 | $250.00 |

Claim Notes:    (6-1) Pre-Conversion Chapter 11 UST Quarterly Fees under Chapter 123 of title 28

## CLAIM ANALYSIS REPORT

| Case No.: | 21-02521-CED | | | | | | Trustee Name: | Beth Ann Scharrer |
| Case Name: | Mortgage Investors Corporation | | | | | | Date: | 6/20/2022 |
| Claims Bar Date: | 09/02/2021 | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7 | WILLIAM EDWARDS<br><br>c/o Michael C. Markham, Esq.<br>Johnson Pope<br>401 E. Jackson Street, Suite 3100<br>Tampa FL 33602 | 09/01/2021 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $7,536,629.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | Disallowed per Order on Motion to Approve Compromise of Controversy.  Docs. 149, 155. | | | | | | | | | | | |
| 8 | WILLIAM EDWARDS<br><br>c/o Michael C. Markham, Esq.<br>Johnson Pope<br>401 E. Jackson Street, Suite 3100<br>Tampa FL 33602 | 09/01/2021 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $7,536,629.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | Disallowed per Order on Motion to Approve Compromise of Controversy.  Docs. 149, 155. | | | | | | | | | | | |
| 9 | WILLIAM EDWARDS<br><br>c/o Michael C. Markham, Esq.<br>Johnson Pope<br>401 E. Jackson Street, Suite 3100<br>Tampa FL 33602 | 09/01/2021 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | Disallowed per Order on Motion to Approve Compromise of Controversy.  Docs. 149, 155. | | | | | | | | | | | |
| 10 | UNITED STATES EX REL. VICTOR BIBBY & BRIAN DONNELL<br>c/o Stephanie C. Lieb, Esq.<br>Trenam Law<br>101 E Kennedy Boulevard, Suite 2700<br>Tampa FL 33602 | 09/01/2021 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $816,430,000.00 | $40,000,000.00 | $0.00 | $0.00 | $0.00 | 40,000,000.00 |
| **Claim Notes:** | Allowed in reduced amount per Order on Motion to Approve Compromise of Controversy.  Docs. 149, 155. | | | | | | | | | | | |
| 11 | VICTOR BIBBY AND BRIAN DONNELLY<br>c/o Stephanie C. Lieb, Esq.<br>101 E. Kennedy Blvd, Suite 2700<br>Tampa FL 33602 | 09/01/2021 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $14,233,241.64 | $14,233,241.64 | $0.00 | $0.00 | $0.00 | 14,233,241.64 |
| 12 | AMERICAN EXPRESS NATIONAL BANK C/O BECKET AND LEE LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | 11/01/2021 | Tardy General Unsecured § 726(a)(3) | Allowed | 7200-000 | $0.00 | $759.83 | $759.83 | $0.00 | $0.00 | $0.00 | $759.83 |


**CLAIM ANALYSIS REPORT**

Page No: 4     Exhibit C

| Case No. | 21-02521-CED | Trustee Name: | Beth Ann Scharrer |
|---|---|---|---|
| Case Name: | Mortgage Investors Corporation | Date: | 6/20/2022 |
| Claims Bar Date: | 09/02/2021 | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | $846,468,175.72 | $54,964,917.52 | $0.00 | $0.00 | | $0.00 | 54,964,917.52 |

**CLAIM ANALYSIS REPORT**

Page No: 5      Exhibit C

| | | | | |
|---|---|---|---|---|
| **Case No.** | 21-02521-CED | | **Trustee Name:** | Beth Ann Scharrer |
| **Case Name:** | Mortgage Investors Corporation | | **Date:** | 6/20/2022 |
| **Claims Bar Date:** | 09/02/2021 | | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---:|---:|---:|---:|---:|---:|
| Accountant for Trustee Expenses (Other Firm) | $28.10 | $28.10 | $0.00 | $0.00 | $0.00 | $28.10 |
| Accountant for Trustee Fees (Other Firm) | $43,234.00 | $43,234.00 | $0.00 | $0.00 | $0.00 | $43,234.00 |
| Attorney for Trustee Expenses (Other Firm) | $785.98 | $785.98 | $0.00 | $0.00 | $0.00 | $785.98 |
| Attorney for Trustee Fees (Other Firm) | $122,347.50 | $122,347.50 | $0.00 | $0.00 | $0.00 | $122,347.50 |
| Auctioneer for Trustee Expenses | $2,105.00 | $2,105.00 | $0.00 | $0.00 | $0.00 | $2,105.00 |
| Auctioneer for Trustee Fees (including buyers premiums) | $304.30 | $304.30 | $0.00 | $0.00 | $0.00 | $304.30 |
| Claims of Governmental Units | $3,461.32 | $3,461.32 | $0.00 | $0.00 | $0.00 | $3,461.32 |
| General Unsecured § 726(a)(2) | $846,151,410.48 | $54,648,152.28 | $0.00 | $0.00 | $0.00 | $54,648,152.28 |
| Tardy General Unsecured § 726(a)(3) | $759.83 | $759.83 | $0.00 | $0.00 | $0.00 | $759.83 |
| Trustee Compensation | $143,371.64 | $143,371.64 | $0.00 | $0.00 | $0.00 | $143,371.64 |
| Trustee Expenses | $117.57 | $117.57 | $0.00 | $0.00 | $0.00 | $117.57 |
| U.S. Trustee Quarterly Fees | $250.00 | $250.00 | $0.00 | $0.00 | $0.00 | $250.00 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:     8:21-BK-02521-CED
Case Name:    MORTGAGE INVESTORS CORPORATION
Trustee Name: Beth Ann Scharrer

|  |  |
|---|---:|
| Balance on hand: | $4,004,018.33 |

Claims of secured creditors will be paid as follows: NONE

|  |  |
|---|---:|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $4,004,018.33 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Beth Ann Scharrer, Trustee Fees | $143,371.64 | $0.00 | $137,727.52 |
| Beth Ann Scharrer, Trustee Expenses | $117.57 | $0.00 | $112.94 |
| Robert Elgidely and Law Firm of Fox Rothschild LLC, Attorney for Trustee Fees | $122,347.50 | $0.00 | $117,531.04 |
| Robert Elgidely and Law Firm of Fox Rothschild LLC, Attorney for Trustee Expenses | $785.98 | $0.00 | $755.04 |
| GlassRatner Advisory & Capital Group, LLC dba B. Riley Advisory Services, Accountant for Trustee Fees | $43,234.00 | $0.00 | $41,532.01 |
| GlassRatner Advisory & Capital Group, LLC dba B. Riley Advisory Services, Accountant for Trustee Expenses | $28.10 | $0.00 | $27.00 |
| Bay Area Auction Services, Inc., Auctioneer for Trustee Fees | $304.30 | $0.00 | $292.32 |
| Bay Area Auction Services, Inc., Auctioneer for Trustee Expenses | $2,105.00 | $0.00 | $2,022.13 |
| Office of the United States Trustee, U.S. Trustee Quarterly Fees | $250.00 | $0.00 | $250.00 |

|  |  |
|---|---:|
| Total to be paid for chapter 7 administrative expenses: | $300,250.00 |
| Remaining balance: | $3,703,768.33 |

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

**UST Form 101-7-TFR (5/1/2011)**

|  | Total to be paid to prior chapter administrative expenses: | $0.00 |
|---|---|---|
|  | Remaining balance: | $3,703,768.33 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $3,461.32 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4P | Franchise Tax Board Bankruptcy Section MS A340 | $3,461.32 | $0.00 | $3,461.32 |

|  | Total to be paid to priority claims: | $3,461.32 |
|---|---|---|
|  | Remaining balance: | $3,700,307.01 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $54,648,152.28 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1-4 | Internal Revenue Service | $0.00 | $0.00 | $0.00 |
| 2 | Special Counsel, Inc. | $3,373.10 | $0.00 | $228.40 |
| 3 | Taylor English Duma LLP | $12,902.50 | $0.00 | $873.65 |
| 4U | Franchise Tax Board Bankruptcy Section MS A340 | $9,320.87 | $0.00 | $631.13 |
| 5 | DLA Piper LLP (US) | $389,314.17 | $0.00 | $26,361.04 |
| 7 | William Edwards | $0.00 | $0.00 | $0.00 |
| 8 | William Edwards | $0.00 | $0.00 | $0.00 |
| 9 | William Edwards | $0.00 | $0.00 | $0.00 |
| 10 | United States ex rel. Victor Bibby & Brian Donnell | $40,000,000.00 | $0.00 | $2,708,459.00 |

**UST Form 101-7-TFR (5/1/2011)**

| | | | | |
|---|---|---|---|---|
| 11 | Victor Bibby and Brian Donnelly | $14,233,241.64 | $0.00 | $963,753.79 |

| | |
|---|---|
| Total to be paid to timely general unsecured claims: | $3,700,307.01 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $759.83 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 12 | American Express National Bank c/o Becket and Lee LLP | $759.83 | $0.00 | $0.00 |

| | |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |